GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KRISTEN BROOK
Assistant United States Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Kristen.Brook@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Steven Arthur Martis,<br><br>    Defendant. | CR-21-08043-PCT-DJH<br><br>**S U P E R S E D I N G<br>INDICTMENT**<br><br>VIO: 18 U.S.C. § 875(c)<br>(Threats Through Interstate Commerce)<br>Counts 1-7<br><br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about January 26, 2019, in the District of Arizona, STEVEN ARTHUR MARTIS, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, a message left on the Washington District Office voicemail system of Congresswoman N.P. containing a threat to injure the person of another, to wit: "Hi nutty N., Hey I just killed three of these f****** (redacted) illegals this morning . . . (laughing) . . . yea buddy, we are going to take care of this f****** (redacted) problem down here on the border. . . . we are coming for you too . . . ."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2

On or about September 4, 2019, in the District of Arizona, STEVEN ARTHUR MARTIS, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, a message left on the Washington District Office voicemail system of Congresswoman N.P. containing a threat to injure the person of another, to wit: "Hello N. (redacted), hey we're out here in California. We stick by our guns. That's right, you want to take away our guns, we will take away your life . . . ."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 3

On or about January 20, 2020, in the District of Arizona, STEVEN ARTHUR MARTIS, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, a message left on the Washington District Office voicemail system of Congressman A.S., containing a threat to injure the person of another, to wit: "Well hello there A. (redacted), you know what? Your impeachment failed! . . . we're going to put a bullet in your head. You're dead."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 4

On or about March 27, 2020, in the District of Arizona, STEVEN ARTHUR MARTIS, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, a message left on the Washington District Office voicemail system of Congresswoman N.P., containing a threat to injure the person of another, to wit: "N. (redacted), . . . . We're going to kill you, chop you up into little pieces . . . ."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 5

On or about March 28, 2020, in the District of Arizona, STEVEN ARTHUR MARTIS, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, a message left on the Washington District Office voicemail system

of Congressman A.S. containing a threat to injure the person of another, to wit: "We're going to kill you, you're dead . . . . Your career, everything else is dead . . . ."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 6

On or about January 17, 2021, in the District of Arizona, STEVEN ARTHUR MARTIS, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, messages left on the Washington District Office voicemail system of Congresswoman N.P., containing a threat to injure the person of another, to wit: "Hi N. (redacted), I'm coming to kill you c***(redacted), Bye." MARTIS followed up with another call on the same date in which he said, "you're dead c***(redacted)."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 7

On or about January 23, 2021, in the District of Arizona, STEVEN ARTHUR MARTIS, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, a message left on the Washington District Office voicemail system of Senator C.S., containing a threat to injure the person of another, to wit: "Hi C. (redacted) . . . We are coming to get you too . . . You're dead, so is Nutty N. (redacted) . . . ."

In violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 7 of this Superseding Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 7 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons

obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty.

It is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: June 1, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/

KRISTEN BROOK
Assistant U.S. Attorney