```
              FILED      ____ LODGED
              RECEIVED   ____ COPY

                 NOV 1 8 2021

           CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
           BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-08043-001-PCT-DJH |
| Plaintiff, | **VERDICT** |
| v. | |
| Steven Arthur Martis, | |
| Defendant. | |

We, the Jury, unanimously find the defendant, Steven Arthur Martis:

### COUNT 1

**(Threats Through Interstate Commerce-January 20, 2020)**

_____ NOT GUILTY          _____ GUILTY          *Undecided*

### COUNT 2

**(Threats Through Interstate Commerce-March 27, 2020)**

_____ NOT GUILTY          _____ GUILTY          *Undecided*

### COUNT 3

**(Threats Through Interstate Commerce-January 17, 2021)**

_____ NOT GUILTY          __✓__ GUILTY

- 2 -

11-18-21
DATE

13
Presiding Juror Number