UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | CR-21-08043-PCT-DJH |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | November 18, 2021 |
| Steven Arthur Martis, | ) | 1:47 p.m. |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

BEFORE:   THE HONORABLE DIANE J. HUMETEWA, JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL - DAY 3 (P.M. SESSION)

(Pages 354 through 362, inclusive.)


APPEARANCES:
For the Government:
    U.S. Attorney's Office
    By:   KRISTEN BROOK, ESQ.
        JOSEPH EDWARD KOEHLER, ESQ.
    40 North Central Avenue, Suite 1800
    Phoenix, AZ  85004

For the Defendant Steven Arthur Martis:
    David Eisenberg, PLC
    By: DAVID EISENBERG, ESQ.
    3550 N. Central Ave., Ste. 1155
    Phoenix, AZ   85012

Official Court Reporter:
Elva Cruz-Lauer, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 33
Phoenix, Arizona   85003
(602) 322-7261

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

P R O C E E D I N G S

THE COURT: I have been informed that the jury has a verdict, and are there any matters to be taken up before we bring the jury in?

MR. KOEHLER: No legal matters, Your Honor. We did on behalf of the government want to ask, if any of the jurors would be willing to talk with us afterward, we would welcome that opportunity. It would help us understand better charging decisions, as well as trial strategy decisions for future cases.

THE COURT: I generally explain that to them, that they don't have to follow the admonition any longer and if they wish to, they may speak with you.

MR. KOEHLER: Terrific. We will just go down in the area on the first floor where the table and chairs are. If they want to talk to us, we will be there, and if they don't, that's okay as well.

THE COURT: I'm not sure where you're referring to, by the old kiosk?

MR. KOEHLER: Where the old coffee kiosk, right around there.

THE COURT: Okay, yes.

MR. KOEHLER: Thank you.

THE COURT: All right.

Should we bring the jury in?

1       (Jury enters the courtroom.)
2       THE COURT:  All rise for the jury.
3       You may be seated.
4       Now, by juror number, who is the foreperson of this
5  jury?
6       JUROR:  13.
7       THE COURT:  Juror Number 13, has the jury reached a
8  unanimous verdict?
9       JUROR:  We couldn't reach a unanimous verdict on two
10 of the three counts.
11      THE COURT:  Please hand the verdict form to the
12 Courtroom Deputy.
13      Let me see counsel at sidebar.
14      (The following sidebar discussion is held:)
15      THE COURT:  So the verdict form reveals as to two
16 counts that they are undecided.  They have not indicated guilty
17 or not guilty.  They simply wrote, "Undecided on count 1 and
18 count 2."
19      All right.  So I have not had this situation before,
20 and so essentially my inclination is to simply have Liliana
21 read count 3 and then declare a hung jury as to count 1 and
22 count 2.
23      MR. EISENBERG:  I think that's appropriate, Your
24 Honor.
25      MS. BROOK:  I concur.

1    THE COURT: And you are okay with releasing them and
2 not reading them the Allen charge with regard to count 1 and 2?
3    MR. EISENBERG: No, it seems to me like they've been
4 at that loggerheads probably ever since yesterday.
5    MR. KOEHLER: And are you going to poll them on count
6 3?
7    THE COURT: I will ask you if you wish to have them
8 polled on count 3.
9    MR. KOEHLER: Sure. Thank you.
10    (Sidebar discussion ends.)
11    THE COURT: I will ask the courtroom deputy to read
12 the verdict.
13    THE CLERK: We, the jury, find the defendant, Steven
14 Arthur Martis, as to count 1, threats through interstate
15 commerce on January 20th, 2020, undecided.
16    As to count 2, threats through interstate commerce, on
17 March 27th, 2020, undecided.
18    As to count 3, threats through interstate commerce, on
19 January 17th, 2021, guilty.
20    THE COURT: Do either counsel wish to have the jury
21 polled as to count 3?
22    MR. EISENBERG: Yes, Your Honor, the defense does.
23    MR. KOEHLER: No objection, Your Honor.
24    THE COURT: As to count 3 only, please poll the jury.
25    THE CLERK: As to count 3 only, members of the jury,

```
 1   this question will be asked of all of you.
 2             Juror Number 1, is this your true and correct verdict?
 3             JUROR:  Yes.
 4             THE CLERK:  Juror Number 2?
 5             JUROR:  Yes.
 6             THE CLERK:  Juror Number 3?
 7             JUROR:  Yes.
 8             THE CLERK:  Number 4?
 9             JUROR:  Yes.
10             THE CLERK:  5?
11             JUROR:  Yes.
12             THE CLERK:  6?
13             JUROR:  Yes.
14             THE CLERK:  7?
15             JUROR:  Yes.
16             THE CLERK:  8?
17             JUROR:  Yes.
18             THE CLERK:  9?
19             JUROR:  Yes.
20             THE CLERK:  11?
21             JUROR:  Yes.
22             THE CLERK:  12?
23             JUROR:  Yes.
24             THE CLERK:  13?
25             JUROR:  Yes.
```

1    THE COURT:  All right.  Polling does verify that the
2 jury is unanimous as to count 3.
3    As to count 1 and count 2, the jury has indicated
4 being undecided, and so the Court will declare a hung jury as
5 to count 1 and count 2 of the superceding indictment.
6    Now, members of the jury, I do want to again thank you
7 for your service.  As you can see, just simply put, our
8 American System of Justice could not operate without each and
9 every one of you who answered the summons to serve as a juror.
10    You came here a couple of days ago without any idea
11 whether or not you would serve, and I suspect for you, at that
12 time, like many of the others on the panel, there was probably
13 a desire that you would not serve.
14    And I think, however, given the process that we have
15 to undertake, you understand now how important it is for us to
16 find individuals who are willing to sit and listen to the
17 evidence and listen to witnesses for both sides of the parties
18 involved.  It is a very serious matter, and we appreciate the
19 fact that you have deliberated.  You have given it very serious
20 consideration, and you have performed your duties well.
21    And so at this time, I will now release you from the
22 admonition not to discuss the case.  And indeed, the lawyers
23 are instructed not to approach you, but certainly, if you wish
24 to approach them, oftentimes it helps if they understand
25 perhaps something that they did or should not have done in the

1   course of the trial.
2           It may help them gain education or enlighten them
3   about some of the thought processes that went on.
4           And so I know counsel for the government and perhaps
5   Mr. Eisenberg will just simply standby on the first floor by
6   the vacant kiosk where there are tables, if you wish to
7   approach them, again.
8           And so with that, I do, on behalf of both parties and
9   the court here, and on my own behalf, I appreciate -- my utmost
10  appreciation for your service, and you are released, and you
11  may return to your homes.
12          Please all rise for the jury.
13          (Jury leaves the courtroom.)
14          THE COURT: All right. Please be seated.
15          As to count 1, Mr. Martis is remanded to the marshals
16  under the existing custody orders pending sentencing. And with
17  respect to counts 1 and counts 2, the Court will set a new
18  trial date January 18th.
19          And is there anything further from the government?
20          MR. KOEHLER: Not at this time, Your Honor. Thank
21  you.
22          THE COURT: Anything further from you, Mr. Eisenberg?
23          MR. EISENBERG: Yes, Your Honor. Does the Court have
24  in mind a date for sentencing?
25          THE COURT: Yes. Sentencing on count 3 will occur on

1  --
2              THE CLERK:  -- January 25th at 10:30.
3              MR. EISENBERG:  Your Honor, if I may, I know this
4  perhaps isn't the time to do it, but Mr. Martis has been in
5  confinement for quite a while.  I would ask that it be moved up
6  if it's possible.  I think that depends on the presentence
7  report when it gets done and what the extent of the objections,
8  if any, there are.
9              So I may anticipate -- I'm sorry.  I may be filing
10 with the Court a request that this sentencing be moved closer,
11 sooner.
12             THE COURT:  All right.  Well, I'll await the motion,
13 and certainly I would like you to meet and confer with the
14 government if you are able to come to a determination if we can
15 move the sentencing up.  That's going to also include a
16 conversation that I will have to have with our probation
17 office.
18             MR. EISENBERG:  Yes, I understand, Your Honor.
19             THE COURT:  All right.
20             Anything further, Mr. Eisenberg?
21             MR. EISENBERG:  No, Your Honor.  Thank you.
22             THE COURT:  We are adjourned.
23             MS. BROOK:  Thank you, Your Honor.
24             (Proceedings conclude at 2:02 p.m.)
25

C E R T I F I C A T E

I, ELVA CRUZ-LAUER, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 15th day of May, 2022.

s/Elva Cruz-Lauer
Elva Cruz-Lauer, RMR, CRR