Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant to Revoke Supervised Release

☒ FILED   ☐ LODGED

**Nov 09 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Name of Offender: | **Steven Arthur Martis** | Case No.: **CR-21-08043-001-PCT-DJH** |
| Name of Judicial Officer: | **The Honorable Diane J. Humetewa**<br>**United States District Judge** | **T-SEALED** |
| Date of Original Sentence: | **2/25/2022** | |
| Original Offense: | **Count 6: Threats Through Interstate Commerce, 18 U.S.C. § 875(c), a Class D Felony** | |
| Original Sentence: | **21 months Bureau of Prisons, 36 months supervised release** | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **7/15/2022**<br>Date Supervision Expires: **7/14/2025** |
| Assistant U.S. Attorney: | **Kristen Brook**<br>**602-514-7503** | Defense Attorney: **To Be Assigned** |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Steven Arthur Martis has violated the following conditions of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Standard Condition #6** which states, You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.<br><br>Martis refused to meet with probation, to wit: On November 2, 2022, Martis refused to meet with probation during a routine home visit. This is evidence by officer testimony. Grade C violation §7B1.1(a)(3). |

cc: Prob

Page 2
RE:  Steven Arthur Martis
Petition to Revoke Supervised Release
November 09, 2022

    B    **Special Condition #1** which states, You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

        Martis failed to comply with substance abuse treatment, to wit: On September 15, 2022 and October 15, 2022, Martis failed to participate in treatment services through Altis Counseling. This is evidence by the discharge summary. Grade C violation §7B1.1(a)(3).

    C    **Special Condition #4** which states, You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer.  You must follow all rules and regulations.  You shall contribute to programming costs in an amount determined by the probation officer.

        Martis violated the rules and regulations of the Residential Re-entry Center (RRC), to wit: On November 3, 2022, Martis was involved in a physical altercation with another resident that resulted in Martis punching the resident twice. This is evidence by the discharge summary. Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Steven Arthur Martis has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Steven Arthur Martis is a flight risk and he will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_(signature)_          11/9/2022
Ashley Alabado          Date
U.S. Probation Officer
Office:  928-286-5758
Cell:  928-233-5712

_(signature)_          11/9/2022
Leslie Q. Cooper          Date
Supervisory U.S. Probation Officer
Office:  928-286-5757
Cell:  928-225-5163

Page 3
RE:  Steven Arthur Martis
Petition to Revoke Supervised Release
November 09, 2022

The Court Orders

| | |
|---|---|
| ☐ | No Action |
| ☒ | The Issuance of a Warrant |
| ☐ | The Issuance of a Summons |
| ☐ | Other |

_____    11/9/2022
The Honorable Diane J. Humetewa      _____
United States District Judge           Date