**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** November 14, 2022 |
| **USA v. Steven Arthur Martis** | **Case Number:** CR-21-08043-001-PCT-DJH |

**Assistant U.S. Attorney:** Wayne Venhuizen for Kristen Brook
**Attorney for Defendant:** Roberta J. McVickers, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE – REVOCATION HEARING HELD RE: PETITION FOR VIOLATION OF SUPERVISED RELEASE**
**Date of Arrest:** November 10, 2022
☒ Financial Affidavit taken; Defendant sworn as to financial status.
☒ Appointing attorney Roberta J. McVickers, CJA, on behalf of the defendant for Flagstaff proceedings only.
☒ Defendant shall be temporarily detained in the custody of the United States Marshal.
OTHER: Petition to Revoke shall be unsealed.

**Detention Hearing and Status Hearing regarding Preliminary Revocation Hearing** set for Thursday, November 17, 2022 at 9:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                     **IA**   5 min
**Deputy Clerk** Christina Davison

                                                              **Start:**  10:42 am
                                                              **Stop:**   10:47 am