**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** November 17, 2022 |
| **USA v. Steven Arthur Martis** | **Case Number:** CR-21-08043-001-PCT-DJH |

**Assistant U.S. Attorney:** Wayne Venhuizen for Kristen Brook
**Attorney for Defendant:** Roberta J. McVickers, CJA
**Interpreter:** N/A
**Defendant:** ☒ **Present**   ☐ **Not Present**   ☐ **Released**   ☒ **Custody**   ☐ **Summons**   ☐ **Writ**

**STATUS HEARING:**
Oral Motion to Continue the Detention Hearing and Status Hearing regarding Preliminary Revocation Hearing by Defense Counsel and no objection by the Government. Oral Order granting Motion to Continue with good cause.

**Detention Hearing and Status Hearing regarding Preliminary Revocation Hearing** set for Tuesday, November 22, 2022 at 10:15 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart
**Deputy Clerk** Christina Davison

**SH     4 min**

**Start:  8:19 am**
**Stop:   8:23 am**