AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
X RECEIVED ___ COPY

NOV 2 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

United States of America
v.

Steven Arthur Martis
*Defendant*

)
)
)
)
)
)
)

Case No.   CR-21-08043-001-PCT-DJH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Steven Arthur Martis,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of Supervised Release

Date: November 9, 2022

City and state:   Phoenix, Arizona

s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

L. Figueroa, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/05/2022, and the person was arrested on *(date)* 11/10/2022 at *(city and state)* FLAGSTAFF, AZ. |
| Date: 11/10/2022         BY: _____ *Arresting officer's signature* |
|                                       U.S. MARSHAL SERVICE  *Printed name and title* |

cc: Prob