**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** November 22, 2022 |
| **USA v. Steven Arthur Martis** | **Case Number:** CR-21-08043-001-PCT-DJH |

**Assistant U.S. Attorney:** Patrick Joseph Schneider for Kristen Brook
**Attorney for Defendant:** Roberta J. McVickers, CJA
**Interpreter:** N/A
**Defendant:** ☒ **Present**   ☐ **Not Present**   ☐ **Released**   ☒ **Custody**   ☐ **Summons**   ☐ **Writ**

**STATUS HEARING:**
Defense Counsel advises the Court the continued process in getting Defendant into the VA treatment facility. Oral Motion to Continue the Detention Hearing and Status Hearing regarding Preliminary Revocation Hearing by Defense Counsel and no objection by the Government. Oral Order granting Motion to Continue with good cause.

**Detention Hearing and Status Hearing regarding Preliminary Revocation Hearing** set for Friday, December 2, 2022 at 10:15 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                 **SH**     **9 min**
**Deputy Clerk** Christina Davison

                                                                       **Start: 10:50 am**
                                                                       **Stop: 10:59 am**