**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** December 2, 2022 |
| **USA v. Steven Arthur Martis** | **Case Number:** CR-21-08043-001-PCT-DJH |

**Assistant U.S. Attorney:** Dondi Jean Osborne for Kristen Brook
**Attorney for Defendant:** Roberta J. McVickers, CJA
**Interpreter:** N/A
**Defendant:**  ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**DETENTION HEARING**  ☐ Held  ☐ Continued  ☒ Submitted  ☐ UA
☒ Defendant Ordered detained pending disposition as both a flight risk and a danger.

**PRELIMINARY REVOCATION HEARING**  ☐ Held  ☐ Continued  ☐ Submitted  ☒ Waived
☒ Probable cause found  ☐ Dismissed  ☒ Held to answer before District Court

Counsel are instructed to complete and file the "Consent of Defendant" form prior to the Admit/Deny Hearing. The form is now available on the District of Arizona Website under "Rules, General Orders & Forms: Consent of Defendant." If counsel are unable to file the form prior to the hearing, they are permitted to submit the form to the Magistrate Courtroom Clerk prior to the hearing.

**Admit/Deny Hearing** set for Wednesday, December 21, 2022 at 1:45 p.m. before Magistrate Judge Deborah M. Fine, in Courtroom 304, 401 West Washington Street, Phoenix, Arizona.

**LATER:** Michael S. Yucevicius, CJA, is appointed as counsel for all further proceedings. Roberta J. McVickers shall be terminated as counsel for the defendant.

| | |
|---|---|
| **Recorded By** Courtsmart | **PH**   1 min |
| **Deputy Clerk** Christina Davison | **DH**   12 min |
| | **Start:** 10:12 am |
| | **Stop:** 10:25 am |