# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Steven Arthur Martis,<br><br>        Defendant. | No. CR-21-08043-01-PCT-DJH<br><br>**ORDER** |

The defendant having qualified for placement at Veteran's Affair Grant,

**IT IS HEREBY ORDERED** the United States Marshal transport defendant bag and baggage to the Sandra Day O'Connor Courthouse on Wednesday, January 18, 2023 by 8:30 a.m. for release. A hearing before the Court will **not** be required.

**IT IS FURTHER ORERED** the defendant shall reside at said facility as ordered by the Court. Defendant will abide by previously ordered supervised release conditions issued on February 28, 2022 and any rules and conditions required by the Veteran's Affairs Grant.

Dated this 13th day of January, 2023.

Camille D. Bibles
United States Magistrate Judge