# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Steven Arthur Martis,<br><br>　　　　Defendant. | No. CR-21-08043-001-PCT-DJH<br><br>**ORDER** |

　　　　Upon motion of the United States, and good cause appearing,

　　　　**IT IS HEREBY ORDERED** granting the United States' Motion to Dismiss the Petition to Revoke Supervised Release (Doc. 127).

　　　　**IT IS FURTHER ORDERED** the Petition filed November 9, 2022 (Doc. 106), is dismissed without prejudice.

　　　　**IT IS FURTHER ORDERED** the Status Conference set for June 6, 2023, at 11:00 a.m. before Magistrate Judge Deborah M. Fine is vacated.

　　　　The Court finds there is no excludable delay.

　　　　Dated this 23rd day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge