1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-08043-001-PCT-DJH |
| Plaintiff, | **WAIVER AND ORDER** |
| v. | **Modification of Supervised Release Conditions** |
| Steven Arthur Martis, | |
| Defendant. | |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐        any modification of my conditions of probation. 18 U.S.C. §3563(c).

☒ any modification of my conditions of supervised release. 18 U.S.C.  §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

9. You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to

1    programming costs in an amount determined by the probation officer.

2

3

4    _____        Aug 30, 2023
     Steven Arthur Martis                    Date
5    Defendant

6

7    _____        8/30/23
     Ashley Alabado                          Date
8    U.S. Probation Officer

9                          ORDER OF COURT

10   Considered and ordered this ___6th__ day of ____September____ , __2023__ and

11   ordered filed and made a part of the records in the above case.

12

13   _____
     The Honorable Diane J. Humetewa
14   U.S. District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28